1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON, AT SEATTLE**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST; BOARD OF TRUSTEES OF THE WESTERN WASHINGTON PAINTERS DEFINED CONTRIBUTION PENSION TRUST; BOARD OF TRUSTEES OF THE DISTRICT COUNCIL NO. 5 APPRENTICESHIP AND TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND; BOARD OF TRUSTEES OF THE FINISHING TRADES INSTITUTE; THE PAINTERS AND ALLIED TRADES LABOR MANAGEMENT COOPERATION INITIATIVE; WESTERN WASHINGTON SIGNATORY PAINTING EMPLOYERS ASSOCIATION; INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL NO. 5, <br><br>          Plaintiffs, <br><br>vs. <br><br>L.C. JERGENS PAINTING CO., INC., a Washington corporation; TIMOTHY JOHN JERGENS, an individual; MERCHANTS BONDING COMPANY (MUTUAL), an Iowa Corporation; DOES & ROES I-X, <br><br>          Defendants. | CASE NO.: 21-cv-00248 <br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Case No. 21-cv-00248

Page 1

CHRISTENSEN JAMES & MARTIN
7440 W. Sahara Ave., Las Vegas, NV 89117
THE URBAN LAW FIRM
720 N. 10th Street, A #389, Renton, WA 98057
P. (702) 255-1718
wes@cjmlv.com
*Counsel for the Plaintiffs*

1  Pursuant to Fed. R. Civ. P. 7.1, the Plaintiffs, acting by and through their Counsel, Christensen James & Martin and the Urban Law Firm, submit this Corporate Disclosure Statement.  Plaintiffs are multi-employer employee benefit plans existing to provide employee benefits to participants and are unincorporated associations.  The Plaintiffs are nongovernmental parties in the above listed civil action and do not have any parent corporations or publicly held corporations owning stock in them.

DATED this 26th day of February, 2021.

| CHRISTENSEN JAMES & MARTIN | THE URBAN LAW FIRM |
|---|---|
| By:  */s/ Wesley J. Smith*  <br>Wesley J. Smith, Esq. <br>WSBA # 51934 <br>7440 W. Sahara Ave. <br>Las Vegas, NV 89117 <br>P. (702) 255-1718 <br>F. (702) 255-0871 <br>Email: wes@cjmlv.com <br>*Counsel for Plaintiffs* | By:  */s/ Michael Urban*  <br>Michael A. Urban, Esq. <br>WSBA # 46271 <br>720 N. 10th Street, A #389 <br>Renton, WA 98057 <br>P. (702) 968-8087 <br>F. (702) 968-8088 <br>Email: murban@theurbanlawfirm.com <br>*Counsel for Plaintiffs* |

RULE 7.1 CORPORATE DISCLOSURE STATEMENT
Case No. 21-cv-00248

Page 2

CHRISTENSEN JAMES & MARTIN
7440 W. Sahara Ave., Las Vegas, NV 89117
THE URBAN LAW FIRM
720 N. 10th Street, A #389, Renton, WA 98057
P. (702) 255-1718
wes@cjmlv.com
*Counsel for the Plaintiffs*